# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 21-45687-tjt |
| | Chapter 11 |
| SD IMPORT, LLC, et al.[1] | Jointly Administered |
| Debtors. | Judge Thomas J. Tucker |
| _____/ | |

## ORDER DISMISSING BANKRUPTCY CASES

Based on the stipulation filed on November 9, 2021, entitled "Stipulation to Dismiss the Debtors' Bankruptcy Cases" (Docket # 118), entered into among the Debtors, Breeze Smoke, the Office of the United States Trustee, Mark H, Shapiro, in his capacity as subchapter V Trustee in these jointly administered cases, and Ashh, LLC; due notice and opportunity for hearing having been given to all parties in interest; it having been shown to the satisfaction of the Court that cause pursuant to 11 U.S.C. § 1112(b) exists for dismissal of these bankruptcy cases; and the Court finding good cause to enter this Order;

IT IS ORDERED that:

1. These jointly-administered bankruptcy cases are dismissed.

2. Due to the dismissal of these bankruptcy cases, the Sanctions Motion, the Breeze Settlement Motion and the Ashh Settlement Motion are moot.

---

[1] The Debtors are SD Import, LLC, Case No. 21-45687-tjt and Select Distributors, LLC, Case No. 21-45689-tjt.

3. Any application for professional fees or subchapter V trustee fees must be filed within thirty (30) days after the entry of this Order.

**Signed on November 9, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge